UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LEE ELLISON, SR.,

    Plaintiff,

v.                                                      Case No. 1:25cv72-TKW-ZCB

ERIC ATRIA, et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 3).[1] No objections were filed.

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because a civil action cannot be commenced by a letter. Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] The copy of the R&R mailed to Plaintiff's address of record on March 13, 2025, was returned as undeliverable by the Post Office. *See* Doc. 4. The Clerk re-mailed the R&R to Plaintiff at a different address on March 31, 2025, *see* Doc. 4-1, and he presumably received that copy because it was not returned by the Post Office. The time for filing objections to the R&R has expired, even when calculated from the date the R&R was re-mailed.

2. This case is **DISMISSED without prejudice** based on Plaintiff's failure to properly commence this action by filing a complaint.

3. The Clerk shall enter judgment in accordance with this Order and close this case.

**DONE AND ORDERED** this 22nd day of April, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**